## BUTLER v. METCALF.

*Appeal from District Court of Lake County.*

Messrs. PARSONS & LYLES, for appellant.

Mr. HUGH BUTLER, *pro se.*

Mr. A. W. STONE, for appellee.

PER CURIAM. This case is the sequel of the case of ·Butler v. .Hinckley, ante.· The cases were argued and have been considered together. ' In this instance the liability of appellant rests entirely upon· the claim that a co-partnership existed between Butler and Carleton. The evidence of such co-partnership is no stronger in this case than in the preceding case.

The decision in the former case must, therefore, control in this. The judgment of the district court will be accordingly reversed. . .